■ In the Matter of LOUIS PARRA, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Determination of Motor Vehicle Commissioner revoking license of petitioner unanimously annulled, on the law, with $20 costs and disbursements to the petitioner. The record lacks substantial evidence that petitioner was guilty of gross negligence in the operation of the

truck in a manner showing a reckless disregard for life or property of others. Accordingly, the determination of the respondent must be annulled (*Matter of La Forge* v. *Kennedy*, 7 N Y 2d 973). Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.